■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALLACE L. CURRIE, Appellant. [619 NYS2d 979] —Judgment unanimously affirmed *(see, People v Sierra,* 83 NY2d 928). (Appeal from Judgment of Oneida County Court, Merrell, J.—

Criminal Possession Controlled Substance, 5th Degree.) Present—Pine, J. P., Balio, Fallon, Callahan and Davis, JJ.